# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2020

*The Court of Appeals hereby passes the following order:*

## A20D0257. PRAISE CHRISTIAN CENTER CHURCH, INC. v. ACMC SPECIAL ASSET ENTITY 3-16, LLC.

In this dispossessory action, the magistrate court entered judgment in favor of the plaintiff. Defendant Praise Christian Center Church, Inc. ("the Church") sought superior court review, and the superior court issued a writ of possession in favor of the plaintiff in February 2019. On December 23, 2019, the superior court issued an order striking the Church's post-judgment pleadings and declaring the writ of possession to be in full force and effect. On January 6, 2020, the Church filed this application for discretionary review of the superior court's order. We lack jurisdiction because the application was not timely filed.

An application for discretionary review generally may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the order was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The Church's application seeking to appeal the superior court's order in this dispossessory action is untimely, as it was filed 14 days after entry of the order.

Accordingly, this untimely application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/29/2020__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*